# Order

Michigan Supreme Court
Lansing, Michigan

January 30, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137371 & (58)

KIMBERLY RISK and WILLIAM TUCKER,
     Plaintiffs-Appellees,

v

SC:   137371
CoA:  275129
Berrien CC: 06-3226-AW

LINCOLN CHARTER TOWNSHIP BOARD OF
TRUSTEES, MARC FLORIAN, SHARON
GEISLER, DICK STAUFFER, BRIAN JEWELL,
AL PSCHOLKA, DEB PETERSON and TERRIE
SMITH,
     Defendants-Appellants.
_____

     On order of the Chief Justice, a stipulation signed by the parties agreeing to the dismissal of the application for leave to appeal is considered and the application is DISMISSED with prejudice and without costs.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2009

Clerk